AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.   22-M-6016-01-KGG |
| Brandon Edward Doherty, | ) |
| as further described in Attachment A | ) |
| | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Brandon Edward Doherty, a person in custody at the Montgomery County Jail at 300 East Main Street, Independence, Kansas, and as further described in Attachment A

located in the _____ District of _____ Kansas _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    X evidence of a crime;

    ❒ contraband, fruits of crime, or other items illegally possessed;

    ❒ property designed for use, intended for use, or used in committing a crime;

    ❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1151, 1153, 2242 | Sexual Abuse in Indian Country |

The application is based on these facts:

See Attached Affidavit of Probable Cause.

    ☑ Continued on the attached sheet.

    ❒ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Daniel Berardicurti, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Feb 3, 2022**
_____

_____
*Judge's signature*

City and state:  Wichita, KS

The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Daniel Berardicurti, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     This affidavit is submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant for the persons specifically described in Attachment A of this Affidavit including:

a.   Search Warrant: the PERSON Brandon Edward Doherty, Date of Birth: \*\*/\*\*/1981 (hereinafter known as "DOHERTY").

2.  I am a Special Agent with Federal Bureau of Investigation and have been since January 2019. I maintain a Juris Doctorate and an active membership in the Texas State Bar. Prior to being a Special Agent with the Federal Bureau of Investigation I was a police officer for approximately three years. During that time, I investigated numerous violent crimes as a first responder and drafted numerous search warrants. Currently I am assigned to conduct investigations pursuant to the Federal Bureau of Investigations' Safe Trails Task Force, which focuses on a myriad of crimes occurring on Indian reservations to include violent crimes. I have received basic and on-the-job training in the investigation of cases involving violent crimes.

1

3.      I have received training and gained experience in interviewing techniques, arrest procedures, search warrant applications, the execution of search and seizures, and various other criminal laws and procedures. My experience includes interviewing victims, subjects, and witnesses, gathering documents, analyzing video footage, executing search warrants, executing arrest warrants, conducting surveillance, and serving grand jury subpoenas.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement, and witnesses.

5.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTES

6.      18 U.S.C. 1151 (Indian Country defined) provides:

Except as otherwise provided in sections 1154 and 1156 of this title, the term "Indian country", as used in this chapter, means (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and, including rights-of-way running through the reservation, (b) all dependent Indian communities within the borders of the United States whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same.

2

7.      18 U.S.C. 1153 (Major Crimes Act) provides:

Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian Country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States.

8.      18 U.S.C. 2242 (Sexual Abuse), is a felony under chapter 109A, and

provides:

Whoever, in the special maritime and territorial jurisdiction of the United States or in a Federal prison, or in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly—

1.  Causes another person to engage in a sexual act by threatening or placing that other person in fear (other than by threatening or placing that other person in fear that any person will be subjected to death, serious bodily injury, or kidnapping); or

2.  Engages in a sexual act with another person if that other person is—
    A.   incapable of appraising the nature of the conduct; or
    B.   physically incapable of declining participation in, or communicating unwillingness to engage in, that sexual act; or attempts to do so, shall be fined under this title and imprisoned for any term of years or for life.

3

## PROBABLE CAUSE

9.      At all times relevant to this affidavit, DOHERTY, according to the Cherokee Nation Citizenship Office, was and is a member of the Muscogee (Creek) Nation.

10.     This incident occurred in Nowata County, State of Oklahoma, within the boundaries of the Cherokee Nation Indian Reservation, which is considered Indian Country in the Northern District of Oklahoma.

11.     On August 23, 2019, Nowata County Deputy Sheriffs responded to a sexual assault call for service at the Jane Phillips Medical Center in Bartlesville, Oklahoma.  Deputies contacted nursing staff.  Nursing staff informed Deputies that J.T. had reported that she may have been sexually assaulted on August 21, 201 between 10:00 p.m. and Midnight.  J.T. consented to see a Sexual Assault Nurse Examiner ("SANE").

12.     J.T. told Deputies that she had been out all day with J.W. drinking heavily.  J.T. had a lot of tequila and was "black out drunk".  J.W dropped J.T. off at her mother's house at approximately 5:00 p.m.  The house is located at 108 Cereal Street in Delaware, Oklahoma, within Nowata County.  J.T. said she went inside and laid down on the couch with her purse and went to sleep.  J.T. woke up between 10:00 p.m. and Midnight and realized she was fighting someone over her purse.  J.T.

4

did not remember who she was fighting.  J.T. stated something was put over her

head.  J.T woke up later and noticed she had blood on her hands, a scrape on her

upper lip and that there was blood on her white leather purse.

13.     J.T. told Deputies that she was told DOHERTY was heard bragging

that he "Fucked the shit out of [J.T.]".  J.T. heard that DOHERTY was also heard

saying he helped her into bed.  J.T. also heard that DOHERTY said J.T. was outside

wandering around when he helped her into bed.

14.     J.T. was examined by SANE nurse Mindi Henry and a sexual assault

kit was collected.  The sexual assault kit was delivered to the Oklahoma State Bureau

of Investigation ("OSBI") on September 26, 2019.

15.     On April 28, 2021, Nowata County Deputy Sheriffs interviewed

DOHERTY while he was in custody on an unrelated matter.  DOHERTY was

advised of his *Miranda* rights and agreed to talk.  DOHERTY then requested to be

taken back to his cell.  Deputies terminated the interview and then informed

DOHERTY that he was the subject of a rape investigation.  DOHERTY stated he

thought the rape investigation was over.  Deputies informed DOHERTY that the

rape investigation was ongoing.  DOHERTY denied raping J.T.  DOHERTY denied

having sex with J.T.  DOHERTY stated he helped J.T. into her mother's residence

because J.T. was very drunk.  DOHERTY laid J.T. on a couch.  DOHERTY stated

this occurred when it was still daylight.

5

16.     On August 9, 2021, Special Agent ("SA") Eugene Taylor and I interviewed J.T.  J.T. told Agents that in or around September 2019, she went out for a "tequila breakfast" with J.W.  J.T. then went to her mother's house and passed out around mid-afternoon.  J.T. said that when she woke up, she saw DOHERTY in the bedroom trying to take needles.  J.T. woke up to DOHERTY touching her underwear.  DOHERTY exposed himself to J.T. then tried to masturbate, but he could not get an erection.  J.T. then passed out again.  J.T. told Agents that she woke up to DOHERTY looking through her purse.  J.T. and DOHERTY got into a physical altercation over the purse.  J.T. told Agents that DOHERTY punched her in the face while holding her phone charger causing injury to her lip.  J.T. told Agents that DOHERTY then held his shirt in her mouth causing J.T. to pass out.   When J.T. woke up, she stated her dress and underwear were in "weird" positions because they were "perfect".  J.T. believed this was odd because of how she had passed out.

17.     J.T. did not believe DOHERTY had sexually assaulted her, but decided to get a SANE examination because DOHERTY was telling people he had sex with J.T.  J.T. had the SANE examination approximately 48 hours after she woke up.  J.T. did not shower between the potential rape.  J.T. told Agents the main reason she wanted the examination was to have access to antibiotics and Plan B.

18.     On August 10, 2021, SA Taylor interviewed J.T.'s mother, J.H.  J.H. told SA Taylor that J.T. had woken up after she was sexually assaulted by DOHERTY.  J.T. had a busted lip and told J.H. that she had been raped.  J.H. did

not witness an assault or sexual assault.   J.H told SA Taylor that she went to

DOHERTY's house after speaking with J.T.  J.H. confronted DOHERTY.

DOHERTY started chest bumping J.H. and asked her what she was going to do

about it.  J.H. believed DOHERTY was referring to him sexually assaulting J.T.

19.    On September 30, 2021, the OSBI lab provided a Criminalistics

Examination Report based on the sexual assault kit collected from J.T. and

submitted to the OSBI lab on September 26, 2019.  The report indicated that human

male DNA was detected from J.T.'s vaginal swabs.  OSBI requested samples from

J.T. and DOHERTY for comparison.

20.    Based on my training, experience, and conversations I have had with

other law enforcement officials, I know that DNA may be found in a person's saliva,

blood, semen, hair follicles, and skin cells, among other places. I know that testable

quantities of a person's DNA may often be found on objects that person has touched

and clothing items that person has worn. I know that scientific experts can determine

with relative certainty whether a particular person deposited a sample of DNA on a

particular item by comparing that sample to a known sample collected directly from

the person. I know that having a known sample of that person's DNA can aid

investigators and analysts in identifying the sources of DNA located on items of

evidence related to a crime scene. I am further aware that DNA can be present on

objects years later, especially on items that have been undisturbed over time, such as

items that have been stored in evidence.

21.     DOHERTY is currently in custody at the Montgomery County Jail at 300 East Main Street in Independence, Kansas, on an unrelated matter.


## METHOD OF COLLECTION

22.     Based on my training and experience, I know DNA can be collected in a brief and minimally intrusive manner involving virtually no risk, trauma, or pain by utilizing a buccal swab to obtain a saliva sample from the inside of a person's mouth. If authorized by this Court, law enforcement will collect a buccal swab from the inside cheeks of DOHERTY's mouth to obtain a DNA sample for comparison purposes. Representative samples of the collected evidence will be set aside and held for potential independent forensic testing.

## CONCLUSION

23.     Based on the information set forth in this affidavit, I submit there is probable cause to believe that Title 18 United States Code Sections 1151, 1153, 2242 Sexual Abuse in Indian Country have been violated, and that evidence of these offenses, more fully described in Attachment B, are located at the site described in Attachment A. I respectfully request that this Court issue a search warrants for the locations described in Attachment A, authorizing the seizure and search of the items described in Attachment B.

8

Respectfully submitted,

_____

Daniel Berardicurt
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to by phone on this 3rd day of February, 2023.

_____

THE HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE

9

## ATTACHMENT A

ITEM TO BE SEARCHED

### Description of Brandon Edward Doherty

The person to be searched is Brandon Edward Doherty. Doherty's date of birth is August X, 1981.[1] Doherty's social security number is XXX-XX-7233.[2] Doherty is approximately 5' 9" tall and weighs approximately 150 pounds. Doherty has sandy colored hair and blue eyes.

---

[1] The date is known to law enforcement but redacted here.
[2] The full SSN is known to law enforcement but redacted here.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits or crime, or property designed or intended for use of which is or has been used as the means of committing a criminal offense, namely violations of 1151, 1153, 2242 Sexual Abuse in Indian Country, respectively:

1. The deoxyribonucleic acid (DNA) of Brandon Edward Doherty, which will be seized through the use of a buccal swab.